1/27/17

MARC McGreevy
109 Kelly Dr
Chadds Ford PA

JAN 27 2017

Case # 16-17330 ELF

Dear Court,

I recieved notice from mortgage company's attorney on WED. 1/25 that they filed motion for relief of stay. I have postmarked envelope 1/18.

I am pro se and this does not give me adequate time to reply nor prepare for 2/1 hearing.

I ask for a 20 day extension.

Respectfully,

[signature]