**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **MARK GERARD MCGREEVY** | : | **BK. No. 16-17330 ELF** |
| **Debtor** | : | |
| | : | **Chapter No. 07** |
| **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2** | : | |
| **Movant** | : | |
| v. | : | **11 U.S.C. §362** |
| **MARK GERARD MCGREEVY** | : | |
| and | : | |
| **GARY FRANCIS SEITZ (TRUSTEE)** | : | |
| **Respondents** | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 22d day of Feb., 2017, at **PHILADELPHIA**, upon Motion of **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 109 KELLY DRIVE, CHADDS FORD, PA 19317 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) **is applicable** and **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2** may enforce and implement this Order only after the expiration of the period prescribed in Rule 4001(a)(3).

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**