United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mark Gerard McGreevy
    Debtor

Case No. 16-17330-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 22, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
db      +Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     DANIEL P. MURRAY    on behalf of Creditor    Oak Associates, LLC dmurray@oeblegal.com
     DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC dmurray@oeblegal.com
     ERIN K BRIGNOLA    on behalf of    Erin K. Brignola smattia@cooperlevenson.com, ssherman@cooperlevenson.com
     ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com, ssherman@cooperlevenson.com
     GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
     JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal pa.bkecf@fedphe.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com, cflannery@slgcollect.com
         TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **MARK GERARD MCGREEVY** : | **BK. No. 16-17330 ELF** |
| **Debtor** : | |
| : | **Chapter No. 07** |
| **HSBC BANK USA, NATIONAL ASSOCIATION** : | |
| **AS TRUSTEE FOR SEQUOIA MORTGAGE** : | |
| **TRUST 2007-2** : | |
| **Movant** : | |
| v. : | **11 U.S.C. §362** |
| **MARK GERARD MCGREEVY** : | |
| **and** : | |
| **GARY FRANCIS SEITZ (TRUSTEE)** : | |
| **Respondents** : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

    **AND NOW**, this 22d day of Feb. , 2017, at **PHILADELPHIA**, upon Motion of **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 109 KELLY DRIVE, CHADDS FORD, PA 19317 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is applicable and **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2** may enforce and implement this Order only after the expiration of the period prescribed in Rule 4001(a)(3).

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**