United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Gerard McGreevy  
      Debtor

Case No. 16-17330-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Mar 09, 2017  
                         Form ID: 211      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
```
db             +Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104
cr             +Carol A. McGreevy,    2443 West 18th Street,    Wilmington, DE 19806-1205
cr             +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 02:12:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DANIEL P. MURRAY    on behalf of Creditor    Oak Associates, LLC dmurray@oeblegal.com
              DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC dmurray@oeblegal.com
              ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              ERIN K BRIGNOLA    on behalf of  Erin K. Brignola smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              GARY F. SEITZ     gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal pa.bkecf@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com,
               cflannery@slgcollect.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Mark Gerard McGreevy

Debtor(s)  Case No: 16–17330–elf

___

*ORDER*

AND NOW, 3/9/17 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 3/23/17 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

    For The Court

    Eric L. Frank

    Chief Judge ,United States Bankruptcy Court