United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mark Gerard McGreevy
    Debtor

Case No. 16-17330-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 2     Date Rcvd: Mar 13, 2017
                          Form ID: 139       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.

```
db         +Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104
cr         +Carol A. McGreevy,    2443 West 18th Street,    Wilmington, DE 19806-1205
NONE       +Erin K. Brignola,    Cooper Levenson Law Firm,    30 Fox Hunt Drive,    Bear, DE 19701-2534
cr         +Parke Bank,   601 Delsea Drive,    Sewell, NJ 08080-2833
13818016   +BYL SVC Collection,    301 Lacey St Fl 2,    West Chester, PA 19382-3727
13818012   +Berner Klaw & Watson,    1528 Walnut Street suite 1100,    Philadelphia, Pa 19102-3621
13818019   +Buoncuore Enterprises, Inc.,    P.O. Box 133,    Glen Mills, Pa 19342-0133
13818023   +Carole McGreevy,    2443 West 18 Street,    Wilmington 19806-1205
13818022    Commonwealth of Pennsylvania,    Harrisburg, Pa   17101
13818011   +Dermatology LTD,    101 Chesley Campus #100,    Media, PA 19063-1799
13820742   +Erin K. Brignola, Esquire,    Cooper Levenson, P.A.,    30 Fox Hunt Drive,    Bear, DE 19701-2534
13818013   +HSBC Bank National,    PO Box 24738,    West Palm Beach, Fl 33416-4738
13818024   +James and Alma Gabriel,    44 Bayside Drive,    Fenwick, DE 19944-4538
13818017   +LabCorp,   P.O. Box 2240,    Burlington, NC 27216-2240
13818018   +Manos Family Practice,    915 Old Fern Hill Road,    West Chester, Pa 19380-3420
13818015   +Matthew Mcllrath,    1201 Philadelphia Pike,    Wilmington, De 19809-2042
13821425   +Oak Associates, LLC,    c/o DANIEL P. MURRAY,    O'Kelly Ernst & Bielli, LLC,
             901 N. Market Street, Suite 1000,    Wilmington, DE 19801-3070
13872806   +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13818020   +Parke Bank,   P.O. Box 40,    Sewell, NJ 08080-0040
13821426   +Rivers Edge, LLC,    c/o DANIEL P. MURRAY,    O'Kelly Ernst & Bielli, LLC,
             901 N. Market Street, Suite 1000,    Wilmington, DE 19801-3070
13820743   +Scott A. Lisgar, Esquire,    KEller. Lisgar & Williams, LLP,    101 East Darby Road,
             Havertown, PA 19083-5321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: bankruptcy@phila.gov Mar 14 2017 02:18:07     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2017 02:17:36
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2017 02:17:53     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +EDI: RMSC.COM Mar 14 2017 02:13:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
13818027   +EDI: FORD.COM Mar 14 2017 02:13:00     Landrover Capital Group,    P.O. Box  54200,
             Omaha, NB 68154-8000
13818026   +EDI: WFFC.COM Mar 14 2017 02:13:00     Wells Fargo,    MAC D4004-03A,    P.O. Box 202902,
             Dallas, TX 75320-2902
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13818014      American federal Savings Bank
13818021      IRS
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2            Date Rcvd: Mar 13, 2017
                              Form ID: 139               Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              DANIEL P. MURRAY    on behalf of Creditor    Oak Associates, LLC dmurray@oeblegal.com
              DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC dmurray@oeblegal.com
              ERIN K BRIGNOLA    on behalf of  Erin K. Brignola smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com,
               cflannery@slgcollect.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Mark Gerard McGreevy
109 Kelly Dr.
Chadds Ford, PA 19317

Debtor(s)

Case No: 16−17330−elf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−9508

___

## *NOTICE OF NEED TO FILE PROOF OF CLAIM*
## *DUE TO RECOVERY OF ASSETS*

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 6/15/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankrutpcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 3/13/17

39
Form 139