# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Gerard McGreevy<br>Debtor | CHAPTER 7 |
| PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee<br>Movant<br>vs. | NO. 16-17330 ELF |
| Mark Gerard McGreevy<br>Debtor | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>Trustee | |

## ORDER

AND NOW, this 5th day of April, 2017 upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 2443 W 18th Street, Wilmington, DE 19806 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**