United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17330-elf
Mark Gerard McGreevy                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Apr 06, 2017
                             Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
```
db         +Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104
cr         +Carol A. McGreevy,    2443 West 18th Street,    Wilmington, DE 19806-1205
NONE       +Erin K. Brignola,    Cooper Levenson Law Firm,    30 Fox Hunt Drive,    Bear, DE 19701-2534
cr         +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:35      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 01:30:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIEL P. MURRAY    on behalf of Creditor    Oak Associates, LLC dmurray@oeblegal.com
              DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC dmurray@oeblegal.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              ERIN K BRIGNOLA    on behalf of  Erin K. Brignola smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com,
               cflannery@slgcollect.com
                                                                                               TOTAL: 15
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mark Gerard McGreevy<br>　　　　　　　　　　Debtor | CHAPTER 7 |
| PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee<br>　　　　　　　　　　Movant<br>　　vs.<br>Mark Gerard McGreevy<br>　　　　　　　　　　Debtor<br>Gary F. Seitz Esq.<br>　　　　　　　　　　Trustee | NO. 16-17330 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 5th day of April, 2017 upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 2443 W 18th Street, Wilmington, DE 19806 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**