# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MARK GERARD MCGREEVY, | Case No. 16-17330 (ELF) |
| Debtor. | |

## ORDER

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel it is hereby

**ORDERED** that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee.  Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

Dated:  4/11/17

ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE