**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MARK GERARD MCGREEVY,** | ) | **Case No. 16-17330-elf** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF COURT

Kindly withdraw The Objection to The Motion for Relief from Stay, filed on April 25, 2018 at D.I. 59.

Dated: September 12, 2018           GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Holly S. Miller
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: (215) 238-0012
Fax: (215) 238-0016
hsmiller@gsbblaw.com
*Counsel for the Chapter 7 Truste*