**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> **MARK GERARD MCGREEVY** <br> Debtor <br><br> **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3** <br> Movant <br> v. <br> **MARK GERARD MCGREEVY** <br> and <br> **GARY F. SEITZ, ESQUIRE (TRUSTEE)** <br> Respondents | BK. No. 16-17330-elf <br><br> Chapter No. 07 <br><br><br> 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

   **AND NOW**, this  12th  day of  September , 2018, at **PHILADELPHIA**, upon Motion of **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3** (Movant) [and withdrawal of the response thereto], it is:

   **ORDERED**   that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 3 B Hickman Street, Rehoboth, DE 19971(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that Rule 4001(a)(3) is not applicable and **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_[signature]_

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**