United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mark Gerard McGreevy
    Debtor

Case No. 16-17330-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: Sep 13, 2018
    Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
```
db           #+Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104
cr            +Carol A. McGreevy,    2443 West 18th Street,    Wilmington, DE 19806-1205
cr            +Democracy Capital Corp.,    c/o Gonnie R. Golub, Esq.,    Weir & Partners LLP,
                1339 Chestnut St., Suite 500,    Philadelphia, PA 19107-3501
NONE          +Erin K. Brignola,    Cooper Levenson Law Firm,    30 Fox Hunt Drive,    Bear, DE 19701-2534
cr            +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 14 2018 02:03:51     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2018 02:03:27
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2018 02:03:48     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:15:34     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
```
          ANN E. SWARTZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Sequoia Mortgage Trust 2007-3 at C/O Ocwen Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          BONNIE R. GOLUB    on behalf of Creditor    Democracy Capital Corp. bgolub@weirpartners.com,
           imarciniszyn@weirpartners.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
           National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          DANIEL P. MURRAY    on behalf of Creditor    Oak Associates, LLC dmurray@oeblegal.com
          DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC dmurray@oeblegal.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          ERIN K BRIGNOLA    on behalf of  Erin K. Brignola smattia@cooperlevenson.com,
           ssherman@cooperlevenson.com
          ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com,
           ssherman@cooperlevenson.com
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,  hsmith@gsbblaw.com
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
           gfs@trustesolutions.net;hsmith@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
          JAMES A. PROSTKO    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al
           paeb@fedphe.com
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                  Date Rcvd: Sep 13, 2018
                              Form ID: pdf900            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com, cflannery@slgcollect.com

        TOTAL: 19

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARK GERARD MCGREEVY<br>Debtor<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3<br>Movant<br><br>v.<br>MARK GERARD MCGREEVY<br>and<br>GARY F. SEITZ, ESQUIRE (TRUSTEE)<br>Respondents | BK. No. 16-17330-elf<br><br>Chapter No. 07<br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 12th day of September, 2018, at **PHILADELPHIA**, upon Motion of **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3** (Movant) [and withdrawal of the response thereto], it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 3 B Hickman Street, Rehoboth, DE 19971(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**