# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARK GERARD McGREEVEY | : | Chapter 7 |
| | : | |
| | : | |
| Debtor | : | Bky. No. 16-17330 ELF |

## O R D E R

AND NOW, it is hereby ORDERED that **on or before April 25, 2019,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

**Date: April 4, 2019**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE