United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Gerard McGreevy  
    Debtor

Case No. 16-17330-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 04, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.  
db          #+Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:

         ANN E. SWARTZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-3 at C/O Ocwen Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         BONNIE R. GOLUB    on behalf of Creditor    Democracy Capital Corp. bgolub@weirpartners.com, imarciniszyn@weirpartners.com  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DANIEL P. MURRAY    on behalf of Creditor    Oak Associates, LLC dmurray@oeblegal.com  
         DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC dmurray@oeblegal.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         ERIN K BRIGNOLA    on behalf of    Erin K. Brignola smattia@cooperlevenson.com, ssherman@cooperlevenson.com  
         ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com, ssherman@cooperlevenson.com  
         GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net  
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net  
         HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  
         JAMES A. PROSTKO    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al paeb@fedphe.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com, cflannery@slgcollect.com  
                                                                                                                TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MARK GERARD McGREEVEY          :          Chapter 7
                                      :
                                      :
            Debtor                    :          Bky. No.  16-17330 ELF

## O R D E R

AND NOW, it is hereby ORDERED that **on or before April 25, 2019,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

Date: April 4, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**