# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MARK GERARD MCGREEVY,** | ) | **Case No. 16-17330-elf** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATUS REPORT OF THE CHAPTER 7 TRUSTEE

Gary F. Seitz, Esquire, the chapter 7 trustee (the "Chapter 7 Trustee") of the bankruptcy estate of the above-captioned debtor (the "Debtor"), pursuant to this Court's Order dated April 4, 2019, hereby respectfully submits this status report and respectfully represents as follows:

1. On October 18, 2016 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. On October 19, 2016, Gary F. Seitz was appointed the Chapter 7 Trustee by the United States Trustee.

3. The Chapter 7 Trustee is in the process of administering assets of the Debtor; namely, the dissolution of an entity in which the Debtor has an interest, Caldera Big Tupper, LLC ("Caldera"), which is currently in litigation.

4. The Chapter 7Trustee is awaiting the outcome of litigation so Caldera may be liquidated for the benefit of the estate's creditors.

Dated: April 25, 2019
    Philadelphia, Pennsylvania        GELLERT SCALI BUSENKELL & BROWN LLC

                                                  By:  /s/ Holly S. Miller
                                                          Holly S. Miller (PA ID. No. 203979)
                                                          8 Penn Center
                                                          1628 John F. Kennedy Blvd, Suite 1901
                                                          Philadelphia, PA 19103
                                                          Counsel to the Chapter 7 Trustee