**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: MARK GERARD McGREEVEY** | : | Chapter 7 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No. 16-17330 ELF |

## O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before May 13, 2019,** the Trustee shall file a supplement to the **Status Report** describing, in more detail, the Caldera Big Tupper, LLC litigation that is delaying case administation of this bankruptcy case, as well as the range of potential recovery for the bankruptcy estate.

**Date: April 29, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**