United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mark Gerard McGreevy
    Debtor

Case No. 16-17330-elf
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: JEGilmore | Page 1 of 2 | Date Rcvd: Apr 29, 2019 |
| | Form ID: pdf900 | Total Noticed: 9 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
```
db             #+Mark Gerard McGreevy,    109 Kelly Dr.,    Chadds Ford, PA 19317-9104
cr              +Carol A. McGreevy,    2443 West 18th Street,    Wilmington, DE 19806-1205
cr              +Democracy Capital Corp.,    c/o Gonnie R. Golub, Esq.,    Weir & Partners LLP,
                  1339 Chestnut St., Suite 500,    Philadelphia, PA 19107-3501
NONE            +Erin K. Brignola,    Cooper Levenson Law Firm,    30 Fox Hunt Drive,    Bear, DE 19701-2534
cr              +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 30 2019 02:54:34      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2019 02:54:17
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2019 02:54:26      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:57:39      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
```
          ANN E. SWARTZ    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Sequoia Mortgage Trust 2007-3 at C/O Ocwen Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          BONNIE R. GOLUB    on behalf of Creditor   Democracy Capital Corp. bgolub@weirpartners.com,
           imarciniszyn@weirpartners.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank
           National Association, as Legal Title Trustee bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DANIEL P. MURRAY    on behalf of Creditor   Oak Associates, LLC Daniel.Murray@newcastlede.gov
          DANIEL P. MURRAY    on behalf of Creditor   Rivers Edge, LLC Daniel.Murray@newcastlede.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          ERIN K BRIGNOLA    on behalf of   Erin K. Brignola smattia@cooperlevenson.com,
           ssherman@cooperlevenson.com
          ERIN K BRIGNOLA    on behalf of Creditor Carol A. McGreevy smattia@cooperlevenson.com,
           ssherman@cooperlevenson.com
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net
          GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
          JAMES A. PROSTKO    on behalf of Creditor   HSBC Bank USA, National Association As Trustee et al
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   HSBC Bank USA, National Association As Trustee et al
           paeb@fedphe.com
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com, cflannery@slgcollect.com

         TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: MARK GERARD McGREEVEY** | : | Chapter 7 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No.  16-17330 ELF |

### O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before May 13, 2019,** the Trustee shall file a supplement to the **Status Report** describing, in more detail, the Caldera Big Tupper, LLC litigation that is delaying case administration of this bankruptcy case, as well as the range of potential recovery for the bankruptcy estate.

Date: April 29, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**