# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>Mark Gerard McGreevy<br><br>Debtor | No. 16-17330 ELF<br><br>Chapter 7 |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Daniel P. Murray hereby withdraws his appearance as counsel of record for creditors Oak Associates, LLC and Rivers Edge, LLC.

PLEASE TAKE FURTHER NOTICE that Ryan M. Ernst of O'Kelly Ernst & Joyce, LLC hereby enters his appearance as counsel for creditors Oak Associates, LLC and Rivers Edge, LLC.

Dated: May 13, 2019

| */s/ Daniel P. Murray* | */s/ Ryan M. Ernst* |
|---|---|
| Daniel P. Murray (No. 313112) | Ryan M. Ernst (No. 202191) |
| 901 N. Market Street, 10th Floor | 901 N. Market Street, 10th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 778-4000 | Telephone: (302) 778-4000 |
| Facsimile: (302) 295-2873 | Facsimile: (302) 295-2873 |
| dmurray@oelegal.com | rernst@oelegal.com |