

**Renewal**
**by Andersen.**
**WINDOW REPLACEMENT**    an Andersen Company

PROJECT    CASE # 1b-17330-ELF                    DATE    6/3/19

To whom it may concern:

Please note my Address change:

Mark McGreevy
1809 Delaware Ave
Wilmington DE 19806

Sincerely

[signature]

JUN - 6 2019

RP-6008