United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17330-elf
Mark Gerard McGreevy                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Oct 15, 2019
                              Form ID: 195               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db             +Mark Gerard McGreevy,    1809 Delaware Avenue,    Wilmington, DE 19806-2331
cr             +Carol A. McGreevy,   2443 West 18th Street,    Wilmington, DE 19806-1205
cr             +Democracy Capital Corp.,    c/o Gonnie R. Golub, Esq.,    Weir & Partners LLP,
                 1339 Chestnut St., Suite 500,    Philadelphia, PA 19107-3501
cr             +Parke Bank,   601 Delsea Drive,    Sewell, NJ 08080-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 04:06:10     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Sequoia Mortgage Trust 2007-3 at C/O Ocwen Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BONNIE R. GOLUB    on behalf of Creditor    Democracy Capital Corp. bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIEL P. MURRAY    on behalf of Creditor    Rivers Edge, LLC Daniel.Murray@newcastlede.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              ERIN K BRIGNOLA    on behalf of   Erin K. Brignola smattia@cooperlevenson.com,
               ssherman@cooperlevenson.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              JAMES A. PROSTKO    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              RYAN MORRIS ERNST    on behalf of Creditor    Oak Associates, LLC rernst@oebwlegal.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM F. SALDUTTI, III    on behalf of Creditor    Parke Bank wsaldutti@slgcollect.com,
               cflannery@slgcollect.com
                                                                                             TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Mark Gerard McGreevy  : Case No. 16–17330–elf
     Debtor(s)

### ORDER
_____

AND NOW, this day , October 15, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

77
Form 195